## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLARA MARTIN,

      Plaintiff,

v.

DOLGENCORP, INC., DOLLAR
GENERAL PARTNERS, DOLGENCORP
OF NEW YORK, INC., and DOLGENCORP
OF TEXAS, INC.,

      Defendants.                      Case No. 10-cv-316-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management purposes, in particular to remind Defendants of their obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing their corporate disclosure statements "with [their] first appearance, pleading, petition, motion, response, or other request addressed to the court."  Said disclosure shall be filed by **May 20, 2010**.  Defendants are also reminded of their ongoing obligation to supplement said disclosure if any of the information required by Rule 7.1(a) changes.

      **IT IS SO ORDERED.**

Signed this 12th day of May, 2010.

/s/ David R Herndon

**Chief Judge**
**United States District Court**